**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

NOV 1 8 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

                    Plaintiff,

          vs.

JORGE CARVAJAL,

                    Defendant.

CASE NO. 11CR4693-WQH

**JUDGMENT OF DISMISSAL**

          IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal, without prejudice; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Information:

8:1326(a) and (b)

          IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 11/18/2011

MITCHELL D. DEMBIN
UNITED STATES MAGISTRATE JUDGE